**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

---

In Re: Robert Leonard Oliver Jr.         BK No. 1:19–bk–11117

Debtor(s)                                Chapter 13

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE
### MISSING DOCUMENT(S)

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed, issued on 07/15/2019, and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, or to file a request for relief pursuant to R.I. LBR 1017–2(b), it is hereby ORDERED that the within case be and is **DISMISSED.**

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **7/26/19**

Entered on Docket: **7/26/19**
Document Number: **7 – 4**

172m.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: www.rib.uscourts.gov